# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS JUSZCZYSNKI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FERRARI NORTH AMERICA, INC.,<br><br>　　　　Defendant. | Case No. 18-cv-05511 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 23 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice, with the Court retaining jurisdiction. In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed within sixty days. All pending deadlines and hearings are VACATED.

IT IS SO ORDERED.

Dated: May 21, 2019

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　United States Magistrate Judge